IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01345-WYD-MJW

BARENBRUG USA, INC.,

Plaintiff(s),

v.

ALTERNATIVE TURF, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Vacate the Scheduling/Planning Conference and Reschedule it After Service on Defendant,(docket no. 6), filed with the Court on August 15, 2011, is DENIED.  The Plaintiff shall forthwith serve Defendant or show cause on August 30, 2011, at 9:00 a.m. why this case should not be dismissed for lack of service and failure to prosecute.  This court notes that Plaintiff filed this action on May 20, 2011, and has had since May 20, 2011, to serve Defendant.  Plaintiff has been discussing settlement possibilities with Defendant through Defendant's counsel, Brad March.  See subject motion (docket no. 6).   Defendant is clearly aware of this lawsuit.  Defendant is a Colorado Limited Liability Company and service of such Defendant should be able to be effectuated immediately.

It is FURTHER ORDERED that once Defendant is served, counsel for all parties shall forthwith meet and confer consistent with Fed. R. Civ. P. 26(f) and file their proposed Rule 16 Scheduling Order with the court on or before August 29, 2011, by 12:00 noon (Mountain Time).

Date:  August 18, 2011