IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01345-WYD-MJW

BARENBRUG USA, INC.,

Plaintiff(s),

v.

ALTERNATIVE TURF, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of a Stipulated Protective Order (docket no. 18) is GRANTED finding good cause shown.  The written Protective Order (docket no. 18-1) is APPROVED as amended in paragraphs 6.2 and 11.4 and made an Order of Court.

Date:  September 19, 2011