**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-01345-WYD-MJW

BARENBRUG USA INC., an Oregon Corporation,

    Plaintiff,

vs.

ALTERNATIVE TURF, LLC, dba TURF MASTER SOD FARMS, LLC, a Colorado Limited Liability Company,

    Defendant.

---

**STIPULATED CONSENT AND FINAL JUDGMENT**

---

    WHEREAS, this action was commenced on May 20, 2011, with the filing of a complaint alleging violations of Federal and state trademark and unfair competition and breach of contract. The Plaintiff, Barenbrug USA, Inc., is an Oregon grass seed producer that owns the federally registered trademarks No. 2,737,733 for the mark RTF for living plants and plant seeds and No. 2,761,330 for the mark RTF & Design for grass seed.  Defendant Alternative Turf, LLC, is a Colorado Limited Liability Corporation (CO ID No. 20061418848) having the tradename Turf Master, LLC (CO ID No. 20071083501) and having the tradename Turf Master Sod Farms, LLC (CO ID No. 20071086151).  Defendant is doing business in this judicial district.  This Court has jurisdiction over Defendant, and venue is proper in this district;

WHEREAS, when this action was commenced, Defendant had recently used "RTF" in commerce in connection with grass sod, which infringed Plaintiff's rights in its federally registered RTF mark;

WHEREAS, Plaintiff and Defendant represent that they have entered into a Settlement Agreement (the "Settlement Agreement") to resolve this matter without the cost, disruption, and uncertainty associated with further litigation; and

WHEREAS Plaintiff and Defendant in accordance with the Settlement Agreement have agreed to entry of this Consent Judgment.

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree, and the Court hereby ORDERS that:

1. Defendant, its agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, are immediately and permanently enjoined from using "RTF" to market grass seed and/or grass sod.

2. Defendant shall pay to Plaintiff $7,500 by November 11, 2011. In the event that Alternative uses RTF in connection with grass sod or grass seed in the future, Alternative agrees to pay to Barenbrug damages of $2,500.00 per instance of use.

3. Defendant's counterclaims are dismissed with prejudice.

4. Both parties shall bear their own fees and costs for this action.

5. This Court shall retain jurisdiction to enforce, implement, or construe this Consent Judgment. Plaintiff and Defendant consent to jurisdiction and venue in this Court for any related proceedings. Plaintiff and Defendant waive their respective rights to notice and appeal of this Consent Judgment and consent to its immediate entry in accordance with its terms.

By the Court, this _____ day of October, 2011:

_____
Wiley Y. Daniel
Chief United States District Judge

IT IS SO STIPULATED:

BARENBRUG USA INC.
by its attorneys, KLARQUIST SPARKMAN LLP
and WHEELER TRIGG O'DONNELL LLP

/s/ Kevin M. Hayes
Kevin M. Hayes
kevin.hayes@klarquist.com
Salumeh R. Loesch
salumeh.loesch@klarquist.com
Jeffrey S. Love
jeffrey.love@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon 97204
Telephone:  503-595-5300
Facsimile:  503-595-5301

Case 1:11-cv-01345-WYD-MJW   Document 31   Filed 10/20/11   USDC Colorado   Page 4 of 5

LaMar F. Jost
jost@wtotrial.com
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, Colorado 80202
Telephone: 303-244-1905
Facsimile: 303-244-1879


ALTERNATIVE TURF, LLC,
by its attorneys SANTANGELO LAW OFFICES, P.C.


/s/ Luke Santangelo
Luke Santangelo
lukes@idea-asset.com
Santangelo Law Offices, P.C.
125 South Howes, 3rd Floor
Fort Collins, CO 80521
Telephone:  970-224-3100

## CERTIFICATE OF SERVICE

I hereby certify on October 20, 2011, I electronically filed the foregoing **STIPULATED CONSENT JUDGMENT AND FINAL ORDER** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **LaMar Fredrick Jost** jost@wtotrial.com, purdy@wtotrial.com
- **Kevin M. Hayes** kevin.hayes@klarquist.com, linda.schroeder@klarquist.com
- **Salumeh R. Loesch** salumeh.loesch@klarquist.com, marla.beier@klarquist.com
- **Jeffrey S. Love** jeffrey.love@klarquist.com, linda.schroeder@klarquist.com
- **Luke Santangelo** lukes@idea-asset.com

    /s/ Kevin M. Hayes
Kevin M. Hayes
Salumeh R. Loesch
Jeffrey S. Love
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, Oregon  97204
Telephone:  503-595-5300
Facsimile:  503-595-5301
kevin.hayes@klarquist.com
salumeh.loesch@klarquist.com
jeffrey.love@klarquist.com

*Attorneys for Plaintiff Barenbrug USA Inc.*